UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BUILDING CONSTRUCTION
ENTERPRISES, INC.                                           PLAINTIFF/COUNTERDEFENDANT

v.                              CASE NO. 3:06-CV-00092 GTE

GARRY MEADOWS
CONSTRUCTION CO., INC.                                      DEFENDANT/COUNTERCLAIMANT

## JUDGMENT

In accordance with the findings of fact and conclusions of law stated in open court at the conclusion of the trial, judgment will be entered in favor of Defendant Garry Meadows Construction Co., Inc. on its Counterclaim in the amount of $63,477.44, and Plaintiff's Complaint will be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Garry Meadows Construction Co., Inc. in the amount of $63,477.44 and against Plaintiff Building Construction Enterprises, Inc.

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and it is hereby, dismissed with prejudice.

Dated this 20th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

1